IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00868-WDM-MJW

ZACHARIAH GARCIA,

      Applicant,

v.

JOSEHP G. ORTIZ, Executive Director of Dept. of Corrections, and
KEN SALAZAR, The Attorney General of the State of Colorado,

      Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Miller, Judge

Applicant has filed a notice of appeal and application for a certificate of appealability from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. I have reviewed the file and find that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

DATED at Denver, Colorado, on December 5, 2005.

                              BY THE COURT:

                              /s/ Walker D. Miller
                              United States District Judge

PDF FINAL