IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00868-WDM-MJW

ZACHARIAH GARCIA,

    Applicant,

v.

JOSEHP G. ORTIZ, Executive Director of Dept. of Corrections, and
KEN SALAZAR, The Attorney General of the State of Colorado,

    Respondents.

---

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

Miller, Judge

Applicant has submitted a Notice of Appeal and Application for a Certificate of Appealability. Applicant previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action. I have examined the file and have determined that leave to proceed *in forma pauperis* on appeal must be denied. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, I find this appeal is not taken in good faith because applicant has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

DATED at Denver, Colorado, on December 5, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge