F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN C 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 03-cv-00868-WDM-MJW

Zachariah Garcia,
    Plaintiff(s),

vs.

Joseph Ortiz,
    Defendant(s).

---

**ORDER RETURNING STATE COURT RECORD**

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 30th day of December, 2008

                BY THE COURT:
                s/ Walker D. Miller

                **Walker D. Miller, Judge**

Re:

03-cv-00868-WDM-MJW

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record, signed by Judge, Walker D. Miller, was mailed to the following on __January 6, 2009__.

Denver District Court
1437 Bannock Street, Room 256
Denver, Colorado 80202

By: *(signature)*
Deputy Clerk